# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARGIE CARANCI on behalf of herself and all others similarly situated,

Plaintiff,

v.

OCEAN STATE JOB LOT, INC., OCEAN STATE JOBBERS, INC.,

Defendants.

C.A. No. 07-174-S

## STIPULATION TO EXTEND TIME

The parties, by their undersigned counsel, hereby agree that Defendants Ocean State Job Lot, Inc. and Ocean State Jobbers, Inc. shall have an additional 30 days within which to respond to Plaintiff's Complaint, up to and including July 17, 2007.

MARGIE CARANCI, on behalf of herself
and all other similarly situated

By Her Attorneys,

LAW OFFICES OF PETER N. WASYLYK

/s/ Peter N. Wasylyk
Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
(401) 831-7730
(401) 861-6064 FAX
pnwlaw@aol.com

OCEAN STATE JOB LOT, INC.
OCEAN STATE JOBBERS, INC.

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

ENTER:

______________________________

PER ORDER:

______________________________

DATED: June ___, 2007

923213_1