**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**MARGIE CARANCI**
**on behalf of herself and all**
**others similarly situated,**

**Plaintiff,**

**v.**

**OCEAN STATE JOB LOT, INC.,**
**OCEAN STATE JOBBERS, INC.**

**Defendants.**

**C. A. No. 07-174-S**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2007, I electronically filed the foregoing AMENDED CLASS ACTION COMPLAINT with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record at the E-Mail address listed below:

Via E-MAIL at med@psh.com using the CM/EMF system
Melissa E. Darigan
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
Telephone: 401-861-8200
Facsimile: 401-861-8210

I also certify that on the 16th day of July, 2007, I served a copy of the foregoing AMENDED CLASS ACTION COMPLAINT via facsimile to the following:

Via Facsimile at 1-215-977-2740
Dana B. Klinges
Wolf Block
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Telephone: 215-977-2000
Facsimile: 215-977-2740

/s/ Peter N. Wasylyk
Peter N. Wasylyk
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: 401-831-7730
Facsimile: 401-861-6064