# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARGIE CARANCI on behalf of herself and all others similarly situated,
Plaintiff,

v.

OCEAN STATE JOB LOT, INC.,
OCEAN STATE JOBBERS, INC.,
Defendants.

C.A. No. 07-174-S

## ENTRY OF APPEARANCE

Steven E. Snow hereby enters his appearance as counsel for Defendants Ocean State Job Lot, Inc. and Ocean State Jobbers, Inc.

/s/ Steven E. Snow____________________
Steven E. Snow (# 1774)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)
ses@psh.com

DATED: July 17, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, a copy of the foregoing ENTRY OF APPEARANCE with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record at the email address listed below:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
pnwlaw@aol.com

/s/ Steven E. Snow _________________

928838_1/6819-2