# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARGIE CARANCI on behalf of herself and all others similarly situated,

Plaintiff,

v.

OCEAN STATE JOB LOT, INC., OCEAN STATE JOBBERS, INC.,

Defendants.

C.A. No. 07-174-S

## DEFENDANTS OCEAN STATE JOB LOT, INC. AND OCEAN STATE JOBBERS, INC.'S MOTION TO ENLARGE TIME TO RESPOND TO THE AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Ocean State Job Lot, Inc. and Ocean State Jobbers, Inc. respectfully request that the Court enlarge the time within which they may answer or otherwise respond to Plaintiff's Amended Complaint ("Amended Complaint") up through and including August 15, 2007. As grounds for the motion, Defendants states:

Defendants' response to the Amended Complaint is currently due on July 26, 2007.

Defendants have informed counsel for Plaintiff that they have sued the wrong defendants and that the Ocean State Job Lot store location which is the subject of the Amended Complaint is owned by a different entity. Defendants have suggested that Plaintiff file a Second Amended Complaint before Defendants answer.

If Plaintiff chooses not to file a Second Amended Complaint, Defendants seek sufficient time to move to dismiss or otherwise respond. Defendants seek to extend the period in which they may do so up to and including August 15, 2007.

WHEREFORE, Defendants Ocean State Job Lot, Inc. and Ocean State Jobbers, Inc. respectfully request that the Court enlarge the time within which they may answer or otherwise respond to the Amended Complaint up through and including August 15, 2007.

OCEAN STATE JOB LOT, INC.
and OCEAN STATE JOBBERS, INC.

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: July 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2007, I electronically filed the DEFENDANTS OCEAN STATE JOB LOT, INC. AND OCEAN STATE JOBBERS, INC.'S MOTION TO ENLARGE TIME TO RESPOND TO THE AMENDED COMPLAINT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Peter N. Wasylyk
pnwlaw@aol.com

/s/ Steven E. Snow

930899_1/6819-2