# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARGIE CARANCI on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>OCEAN STATE JOB LOT, INC.,<br>OCEAN STATE JOBBERS, INC.,<br>Defendants. | C.A. No. 07-174-S |

## ENTRY OF APPEARANCE

Melissa E. Darigan hereby enters her appearance as counsel for Defendants Ocean State Job Lot, Inc. and Ocean State Jobbers, Inc.

/s/ Melissa E. Darigan ________________

Melissa E. Darigan (# 4792)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)
med@psh.com

DATED: August 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, a copy of the foregoing ENTRY OF APPEARANCE with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record at the email address listed below:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
pnwlaw@aol.com

/s/ Melissa E. Darigan ________________