# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARGIE CARANCI on behalf of herself
and all others similarly situated,
Plaintiff

v.

C.A. No. 07-174-S

OCEAN STATE JOB LOT, INC.,
OCEAN STATE JOBBERS, INC.,
Defendants

## SECOND STIPULATION AND ORDER FURTHER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT

Pursuant to Rule 6(b) and LR 29(b), the parties stipulate to further extend the time for defendants' response to plaintiff's Amended Complaint, to September 28, 2007, and seek the Court's approval for this extension. As set forth in defendants' Motion to Enlarge Time to Respond to the Amended Complaint [Docket 10] and the parties' Stipulation and Order Further Extending Time to respond [Docket 13], approved by the Court on August 15, 2007 [Docket No. 14], Ocean State Job Lot, Inc. and Ocean State Jobbers, Inc. have informed plaintiff's counsel that the Ocean State Job Lot store location that is the subject of the Amended Complaint is owned by an entity other than defendants, and the wrong defendants have therefore been named in this suit. The parties agree that investigation and further consideration as to the proper corporate defendant should occur without the need for defendants to seek court intervention. Additional time beyond the granted extension to September 14, 2007 is necessary to complete such investigation.

Pursuant to Rule 6(b), the parties therefore agree to further extend the time for defendants to answer or otherwise respond to the Amended Complaint to September 28, 2007. The parties jointly seek approval of this extension pursuant to LR 29(b).

Case 1:07-cv-00174-S-LDA Document 16 Filed 09/14/2007 Page 2 of 2

/s/ Peter N. Wasylyk
Peter N. Wasylyk (# ____)
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
pnwlaw@aol.com

/s/ Melissa E. Darigan
Melissa E. Darigan (# 4792)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)
med@psh.com

**ORDER**

The foregoing stipulation to extend the time to September 28, 2007 for defendants to answer or otherwise respond to the plaintiff's Amended Complaint is hereby approved:

ENTER:

WSM

Smith, J.

Dated: 9/18/07

BY ORDER:

Karen Baldwell

Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2007, a copy of the foregoing STIPULATION AND ORDER was filed electronically with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record at the email address listed below:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
pnwlaw@aol.com

Timothy E. Stauss Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103
tstauss@wolfblock.com

Dana B. Klinges Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103
dklinges@wolfblock.com

/s/ Melissa E. Darigan

939394_1/6819-2