# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARGIE CARANCI on behalf of herself and all others similarly situated,
Plaintiff

v.

OCEAN STATE JOB LOT, INC.,
OCEAN STATE JOBBERS, INC.,
Defendants

C.A. No. 07-174-S

**THIRD STIPULATION AND ORDER**

Pursuant to Rule 6(b) and LR 29(b), the parties stipulate to further extend the time for defendants' response to plaintiff's Amended Complaint, to October 5, 2007, in order to permit plaintiff to seek leave to amend her complaint. The parties seek the Court's approval for this extension. As set forth in the parties' prior filings concerning the pleadings in this matter, Ocean State Job Lot, Inc. and Ocean State Jobbers, Inc. informed plaintiff's counsel that the Ocean State Job Lot store location that is the subject of the Amended Complaint is owned by an entity other than defendants, and the wrong defendants have therefore been named in this suit. The parties have now agreed that plaintiff will file a motion for leave to amend, which defendants will not oppose.

Pursuant to Rule 6(b), the parties therefore agree to further extend the time for defendants to answer or otherwise respond to the Amended Complaint to October 5, 2007. The parties jointly seek approval of this extension pursuant to LR 29(b).

/s/ Peter N. Wasylyk
Peter N. Wasylyk (# ____)
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
pnwlaw@aol.com

/s/ Steven E. Snow
Steven E. Snow (#1774)
Melissa E. Darigan (# 4792)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)
med@psh.com
ses@psh.com

**ORDER**

The foregoing stipulation to extend the time to October 5, 2007 for defendants to answer or otherwise respond to the plaintiff's Amended Complaint is hereby approved:

ENTER: BY ORDER:

______________________________ ______________________________

Smith, J. Clerk

Dated: ____________________

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007, a copy of the foregoing STIPULATION AND ORDER was filed electronically with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the email addresses listed below:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
pnwlaw@aol.com

Dana B. Klinges Esq.
Timothy E. Stauss, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103
dklinges@wolfblock.com
tstauss@wolfblock.com

/s/ Steven E. Snow

942369_1/6819-2