**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MARGIE CARANCI,**<br>**on behalf of herself and all**<br>**others similarly situated,** | **CLASS ACTION** |
| **Plaintiff,** | **C. A. No. 07- 174-S** |
| **v.** | |
| **OCEAN STATE JOB LOT**<br>**OF WARREN, INC.** | **JURY TRIAL DEMANDED** |
| **Defendant** | |

**<u>MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT</u>**

Plaintiff, MARGIE CARANCI, hereby submits this memorandum of law in support of her Motion for Leave to File a Second Amended Class Action Complaint. Plaintiff has been advised by counsel for OCEAN STATE JOB LOT, INC. and OCEAN STATE JOBBERS, INC., that OCEAN STATE JOB LOT OF WARREN, INC. is the proper Defendant. Defendant assents to the granting of this motion. Accordingly, Plaintiff is seeking to amend her Complaint to substitute OCEAN STATAE JOB LOT OF WARREN, INC. for OCEAN STATE JOB LOT, INC. and OCEAN STATE JOBBERS, INC. The only proposed substantive changes to the Complaint are (i) the change in the caption. (ii) the change in the title of the pleading, and (iii) the change in paragraphs 2 and 3 to reflect the proper entity.

Fed.R.Civ.P. 15(a) provides that leave to amend a pleading "shall be freely given when justice so requires". Pursuant to this rule, leave to amend is to be granted liberally. Forman v. Davis 371 U.S. 178, 182 (1962). Motion to amend should be allowed unless it "would unduly

prejudice defendant in some manner". Cummins v. EG & G Sealol, Inc., 690 F. Supp. 134, 135, 139 (D.R.I. 1988) (Lagueux, J.). "Said amendments should be granted liberally where there is present no showing that to allow so would materially prejudice the interest of the other party." Babbs v. John Hancock Mut. Life Ins. Co., 507 A.2d 1347, 1349 (R.I. 1986).

OCEAN STATE JOB LOT OF WARREN, INC., is not prejudiced since it is at the early stages of the litigation and discovery has not commenced. All the claims are identical to the claims already raised in this matter. There has been no undue delay since Defendant has not yet answered the Complaint and no scheduling order under Fed.R.Civ.P. 16 has been issued.

Plaintiff respectfully requests that this Court grant an Order for leave to file the Second Amended Class Action Complaint in the form attached to Plaintiff's Motion for Leave to File the Second Amended Class Action Complaint.

Dated: October 5, 2007

Respectfully Submitted,

By: /s/ Peter N. Wasylyk

Peter N. Wasylyk (#3351)
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

**ADDITIONAL COUNSEL:**

**STANLEY, MANDEL & IOLA, LLP**
Marc R. Stanley
Roger L. Mandel
Martin Woodward
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
Telephone: (214) 443-4300
Facsimile: (214)-443-0358

**DONOVAN SEARLES, LLC**
Michael D. Donovan
David A. Searles
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: (215) 732-6067
Facsimile: (215) 732-8060

**LAW OFFICE OF ANDREW KIERSTEAD**
Andrew S. Kierstead
1001 SW 5th Avenue, Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

**FRANCIS & MAILMAN, P.C.**
James A. Francis
100 South Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

Attorneys for Plaintiff and the Class

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, a copy of the foregoing was filed electronically with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the e-mail addresses listed below:

Steven E. Snow (#1774)
Melissa E. Darrigan (#4792)
**PATRIDGE SNOW & HAHN LLP**
180 South Main Street
Providence, RI 02903
Telephone: 401-861-8200
Facsimile: 401-861-8210
ses@psh.com
med@psh.com

Dana B. Klinges
Timothy E. Strauss
**WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP**
1650 Arch Street
22nd Floor
Philadelphia, PA 19103
Telephone: 215-977-2024
Facsimile: 215-405-2924
dklinges@wolfblock.com
tstauss@wolfblock.com

/s/ Peter N. Wasylyk

Peter N. Wasylyk (#3351)
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064
pnwlaw@aol.com