IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARGIE CARANCI, on behalf of herself and others similarly situated, Plaintiff, | CLASS ACTION |
| v. | C.A. NO. 07-174-S |
| OCEAN STATE JOB LOT OF WARREN, INC., Defendants. | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Ocean State Ocean State Job Lot of Warren, Inc. states that it does not have any parent corporation and/or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

/s/ Steven E. Snow
/s/ Melissa E. Darigan
Steven E. Snow, Esquire (#1774)
Melissa E. Darigan, Esquire (#4792)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, Rhode Island 02903–7104
(401) 861-8200
(401) 861-8210 (FAX)
ses@psh.com
med@psh.com

And

OF COUNSEL:

Dana B. Klinges, Esquire
Timothy E. Stauss, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, Pennsylvania 19103
(215) 977-2000
(215) 405-2632 (FAX)
dklinges@wolfblock.com
tstauss@wolfblock.com

Attorneys for Defendant
Ocean State Ocean State, Inc.

Dated: November 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, a copy of the foregoing RULE 7.1 DISCLOSURE STATEMENT with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the email addresses listed below:

Dana B. Klinges Esq.
WolfBlock Brach Eichler
1650 Arch Street
22nd Floor
Philadelphia, PA 19403
dklinges@wolfblock.com

Timothy E. Stauss Esq.
WolfBlock Brach Eichler
22nd Floor
1650 Arch Street
Philadelphia, PA 19103-2097
tstauss@wolfblock.com

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
pnwlaw@aol.com

/s/ Melissa E. Darigan ________________

948640_1