UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - -

Margie Caranci,
Plaintiff,

v. CA No. 07-174 S

Ocean State Job Lot of
Warren, INC.,
Defendant.

- - - - - - - - - - - - - - - -

**PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Fact Discovery Closure. Factual discovery on the issue of class certification will be closed by **April 30, 2008.** Factual discovery on all other issues will close **four months after a decision on Plaintiff's motion for class certification.** (All fact discovery must be completed by this date, except by agreement or leave of Court.)

2. Motion for Class Certification: Plaintiff's motion for class certification must be filed by **May 15, 2008.**

By Order

/s/ Doreen Baldinelli
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
U.S. District Judge
Date: November 26, 2007